■ In the Matter of JANET WOODWORTH, Respondent, v MICHAEL ATKINSON, Respondent, and DEANNA LOWDEN, Appellant. [992 NYS2d 661]—Appeal from an order of the Family Court, Oswego County (Kimberly M. Seager, J.), entered January 23, 2013 in a proceeding pursuant to Family Court Act article 4. The order denied the objections of respondent Deanna Lowden to an order of a support magistrate.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Scudder, P.J., Centra, Carni, Lindley and Whalen, JJ.